MICHAEL ST. DENIS PROFESSIONAL CORPORATION
Michael St. Denis (CA Bar No. 147952)
500 Silver Spur Road, Suite 204
Rancho Palos Verdes, California 90275
Telephone: (310) 378-4700
Facsimile:  (310) 378-8722
Email:  mike@mikestdenislaw.com

THE MARBURY LAW GROUP, PLLC
Shauna M. Wertheim, *Pro Hac Vice*
Timothy W. Johnson, *Pro Hac Vice*
Joanna L. Cohn, *Pro Hac Vice*
11800 Sunrise Valley Drive, 15th Floor
Reston, Virginia 20191
Telephone:  (571) 267-7002
Facsimile:   (703) 391-2901
Email: swertheim@marburylaw.com
       tjohnson@marburylaw.com
       jcohn@marburylaw.com

Attorneys for Plaintiff DAIMLER AG

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Daimler AG**, a German corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>**A-Z Wheels LLC**, *et al.*<br><br>        Defendants. | Case No. 3:16-cv-00875-JLS-MDD<br><br>**PLAINTIFF DAIMLER AG'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:    April 26, 2018<br>Time:    1:30 PM<br>Judge:  Hon. Janis L. Sammartino<br>Crtrm:  4D |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 26, 2018 at 1:30pm, or as soon thereafter as counsel may be heard, in Courtroom 4D of the Edward J. Schwartz U.S. Courthouse located at 221 West Broadway, San Diego, California 92101, before the Honorable Janis L. Sammartino, Plaintiff Daimler AG ("Plaintiff") will and hereby does, move this Court for an order for Partial Summary Judgment of trademark infringement and counterfeiting with respect to federally registered trademarks U.S. Reg. No. 657,386, U.S. Reg. No. 3,614,891, and U.S. Reg. No. 4,423,458, (collectively "the DAIMLER Marks") (portion of Count I of First Amended Complaint ("FAC")), and infringement of U.S. Design Patent No. D542,211 ("the 'D211 Patent") (portion of Count IV of FAC), against Defendants A-Z WHEELS LLC d/b/a USARIM, USARIM.COM, and EUROTECH WHEELS, GALAXY WHEELS & TIRES, LLC, and INFOBAHN INTERNATIONAL, INC. d/b/a INFOBAHN, EUROTECH, EUROTECH LUXURY WHEELS, EUROTECH WHEELS and USARIM (collectively "the Entity Defendants"), and Rasool Moalemi (collectively the Entity Defendants and Rasool Moalemi are referred to herein as "Defendants").

The motion is based on this Notice, the attached Memorandum of Points and Authorities, the attached Separate Statement of Undisputed Material Facts, the pleadings, records, and papers in the files in this action, as well as such other evidence and oral argument offered at the time of the hearing of this matter.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  |  |
| 3 | Dated:  January 5, 2017 | **THE MARBURY LAW GROUP, PLLC** |
| 4 |  | By:   /s/ Shauna M. Wertheim |
| 5 |  | Shauna M. Wertheim (*pro hac vice*)<br>Michael St. Denis<br>Attorneys for Plaintiff |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2017, I electronically transmitted the Notice of Motion and Motion, and the accompanying Memorandum and Separate Statement of Material Facts with Exhibits filed concurrently herewith, using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

                                                /s/ Shauna M. Wertheim
                                          Shauna M. Wertheim (*pro hac vice*)
                                          Attorney for Plaintiff, Daimler AG