MICHAEL ST. DENIS PROFESSIONAL CORPORATION
Michael St. Denis (CA Bar No. 147952)
500 Silver Spur Road, Suite 204
Rancho Palos Verdes, California 90275
Telephone: (310) 378-4700
Facsimile:  (310) 378-8722
Email:  mike@mikestdenislaw.com


THE MARBURY LAW GROUP, PLLC
Shauna M. Wertheim, *Pro Hac Vice*
Timothy W. Johnson, *Pro Hac Vice*
Joanna L. Cohn, *Pro Hac Vice*
11800 Sunrise Valley Drive, 15th Floor
Reston, Virginia 20191
Telephone:  (571) 267-7002
Facsimile:   (703) 391-2901
Email: swertheim@marburylaw.com
        tjohnson@marburylaw.com
        jcohn@marburylaw.com

Attorneys for Plaintiff DAIMLER AG

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daimler AG**, a German corporation,<br><br>                              Plaintiff,<br><br>              v.<br><br>**A-Z Wheels LLC**, *et al.*,<br><br>                              Defendants. | Case No. 3:16-cv-00875-JLS-MDD<br><br>**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF DAIMLER AG'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:    April 26, 2018<br>Time:   1:30pm<br>Judge:  Hon. Janis L. Sammartino<br>Crtrm:  4D |

1
2

# I.    INTRODUCTION

3
4
5

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule

6

7.1.f.1, Plaintiff Daimler AG ("Daimler") hereby submits the following Separate

7

Statement of Undisputed Material Facts. These undisputed material facts establish

8

that Plaintiff is entitled to summary judgment as to its claims of trademark

9

infringement and counterfeiting with respect to federally registered trademarks U.S.

10

Reg. No. 657,386, U.S. Reg. No. 3,614,891, and U.S. Reg. No. 4,423,458,

11

(collectively "the DAIMLER Marks") (portion of Count I of First Amended

12
13

Complaint ("FAC")), and infringement of U.S. Design Patent No. D542,211 ("the

14

'D211 Patent") (portion of Count IV of FAC), against Defendants A-Z WHEELS

15

LLC d/b/a USARIM, USARIM.COM, and EUROTECH WHEELS, GALAXY

16

WHEELS & TIRES, LLC, and INFOBAHN INTERNATIONAL, INC. d/b/a

17

INFOBAHN, EUROTECH, EUROTECH LUXURY WHEELS, EUROTECH

18
19

WHEELS and USARIM (collectively "the Entity Defendants"), and Rasool

20

Moalemi (collectively the Entity Defendants and Rasool Moalemi are referred to

21

herein as "Defendants").

22
23

As explained below, there are no disputed issues of material fact with respect

24
25

to Defendants' unauthorized advertisement, offer for sale, and/or sale of various

26

wheels using the DAIMLER Marks.   Such use constitutes federal trademark

27
28

-2-

infringement and/or counterfeiting under Lanham Act Section 32, 15 U.S.C. § 1114(1), and Daimler is entitled to a judgment of infringement as a matter of law.

Additionally, there are no disputed issues of material fact with respect to Defendants' offers for sale and sales of various wheels having overall appearances that are substantially the same as the overall appearances of the designs of the 'D211 Patent. As further explained below, such offers for sale and sales constitute infringement of the 'D211 Patent, and Daimler is entitled to judgment as a matter of law. Moreover, a determination at this stage in the case on the claims of trademark infringement and/or counterfeiting with respect to the DAIMLER Marks, and on the claim of patent infringement with respect to the 'D211 Patent, will significantly advance resolution of this case in a timely and orderly manner.

## II.   STATEMENT OF UNDISPUTED MATERIAL FACTS

1.   Daimler owns all rights, title and interest in the DAIMLER Marks in Class 12, which are shown below:

| Mark | U.S. Reg. No. |
|------|---------------|
| **MERCEDES-BENZ** | 657,386 |
| | 4,423,458 |

| Mark | U.S. Reg. No. |
|------|---------------|
| | 3,614,891 |

(*See* FAC Exs. 1, 4, 5, ECF No. 33.)

2.     U.S. Reg. No. 657,386 ("MERCEDES-BENZ mark") was first used in 1926, and was federally registered in 1956.  (*See* FAC Exs. 1a–1d.)  Daimler's MERCEDES BENZ Mark has become incontestable.  (*Id.*)

3.     U.S. Reg. No. 3,614,891 has been federally registered since 2009 and claims a priority date of November 19, 2007.  (*See id.* Ex. 4.)

4.     U.S. Reg. No. 4,423,458 has been federally registered since 2013 and claims a priority date of June 2, 2010.  (*See id.* Ex. 5.)

5.     Daimler also owns all rights, title and interest in the 'D211 Patent, which is shown below:

| Representative View of Claimed Design | U.S. Design Patent No. and Issue Date |
|---------------------------------------|---------------------------------------|
| | D542,211 ("the 'D211 Patent") |

(*See id.* Ex. 22.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6.      During prosecution of the 'D211 Patent, the U.S. Patent Examiner reviewed a number of prior art references, listed on the face of the 'D211 Patent and as shown in the table below.  (*See id.*)  The prior art designs vary considerably as shown in the table below.

| Wright D564 (Ex. A) | Weld D547 (Ex. B) | Hussaini D618 (Ex. C ) |
|---|---|---|
| | | |
| Yoshida D846 (Ex. D) | Kohl D876 (Ex. E) | Hieke D689 (Ex. F) |
| | | |
| Maifrini D853 (Ex. G) | Maifrini D663 (Ex. H) | Pollmann D770 (Ex. I) |
| | | |

| Gallert D098 (Ex. J) | Echazabal D003 (Ex. K) | Elmit D491 (Ex. L) |
|---|---|---|
| | | |

| Elmitt D949 (Ex. M) |
|---|
| |

7.     Defendants have not asserted any additional prior art beyond the prosecution history with respect to the validity or claim scope of the 'D211 patent. (*See* Ex. N, Moalemi Defs.' Resp. to Pl.'s First Set Interrogs. No. 15; Ex. O, Moalemi Defs.' Resp. to Pl.'s First Set Req. Produc. Nos. 12, 13, 25.)

8.     Daimler initiated a related proceeding against the Entity Defendants in the United States International Trade Commission (USITC), Investigation No. 337-TA-1006 ("ITC Proceeding"), which has since been terminated.  (*See* Ex. P, Order No. 24, *Certain Passenger Vehicle Automotive Wheels*, Inv. No. 336-TA-1006.)

9.     On November 28, 2016, Defendant Rasool ("Russ") Moalemi gave a deposition in the ITC Proceeding as a representative of all of the Entity Defendants (*See* <u>Ex. Q</u>, Moalemi Dep. 86:5-7, Nov. 28, 2016.)

**<u>Entity Defendants</u>**

10.     Russ Moalemi has operated, and continues to operate businesses that sell automotive wheels in California using the name UsaRim, the website <u>usarim.com</u> ("USARIM website") and/or the website <u>oemwheelplus.com</u>.  Such businesses include each of the Entity Defendants.  (*See id.* 18:9–19, 21:14–22:13, 22:16–25, 24:20–26:15, 46:2–24, 47:13–17, 55:11–12, 56:11–58:11, 63:10–64:25, 86: 5–7, Exs. 1-1, 2-1, 7-1, 8-1.)

11.     Infobahn International, Inc. ("Infobahn") registered "usarim" as a fictitious business name in San Diego County, California.  (*See id.* Ex. 9.)  Other fictitious business names registered for Infobahn International, Inc. include Eurotech, Eurotech Wheels, and Eurotech Luxury Wheels.  (*See id.*)

12.     Although Infobahn was dissolved in 2012 (*See id.* Ex. 6A-1), the domain name for the USARIM website was registered on behalf of "Eurotech" starting in June, 2013.  (*See id.* Ex. 11-1.)

13.     The Entity Defendants conducted business interchangeably under one another's legal and fictitious names. (*See id.* 21:19–22:25.)

14.     Corporate formalities were not observed between the Entity Defendants, or between Russ Moalemi individually and any of the businesses

-7-

operating as USARIM, including the Entity Defendants.  (*See id.* 64:6–65:2, 70:2–25.)

15.    As of April 11, 2016, automotive wheels with the following manufacturer part numbers had been offered for sale on the webpages of usarim.com: MBZ-570-17-CHR, MBZ-525-18-GMT, MBZ-525-22-CHR, MBZ-540-18-GMT, MBZ-540-18-SLV, MBZ-610-20-MB, MBZ-610-20-CHR, MBZ-610-20-GMT, MBZ-610-19-GMT-TIRES, MBZ-610-20-CHR-TIRES, MBZ-555-20-GMT, MBZ-555-20-CHR-TIRES, MBZ-555-20-CHR, MBZ-554-18-GMT, MBZ-522-20-GMT, and MBZ-553-19-GMT.  (*See* FAC Exs. 29a–29p.)

16.    Daimler's investigator purchased 17-CHR Wheels and 19-GMT Wheels through the USARIM website in July, 2015.    (*See* FAC Exs. 31, 32.) These purchased products were shipped from "Galaxy Wheels & Tire" at 8925 Carroll Way, San Diego, CA 92121.  (*See id.* Ex. 30.)

17.    As of November 28, 2016, the USARIM website was used by Russ Moalemi as the "main artery" through which he sells passenger automotive vehicle wheels.  (Ex. Q, Moalemi Dep. 22:16–22, Nov. 28, 2016).  Seventy percent (70%) of Russ Moalemi's business is conducted online through the USARIM website.  (*Id.* 75:21-76:6).  Russ Moalemi received money from the wheels he sold through

-8-

the domain name USARIM website.  (Ex. R, Defts' Resp. to Pl.'s Second Set Reqs. Admis. to Rasool Moalemi No. 20.)[1]

18.    Russ Moalemi has continued the same business that has previously operated under the names of the Entity Defendants, including using the names of the Entity Defendants after their dissolution or cancellation.   (*See* Ex. Q, Moalemi Dep. 64:6–65:2, Nov. 28, 2016.)

**Other Business Names**

19.    As of at least November 28, 2016, Russ Moalemi has operated a business "ABC Wheels" under the fictitious names USARIM, Galaxy Wheels, Galaxy Wheels & Tires, and Eurotech through the USARIM website.  (*See id.* 76:20–77:5, 86:5-7, 102:23–103:3.)

20.    ABC Wheels, Inc. is also registered in San Diego to transact business under the name OEM Wheel Plus and Galaxy Wheels & Tires according to the record provided online by the San Diego County Assessor/Recorder/County Clerk. (*See* Ex. S, Fictitious Business Name Details, https://arcc. sdcounty.ca.gov/Pages/Fictitious. aspx?FBNNum=2016002757 (Jul. 9, 2017).)

**eBay Sales**

21.    Russ Moalemi conducts business as UsaRim through eBay.com ("eBay website"), which accounts for about ten percent of his business.  (*See* Ex. Q,

---

[1] Russ Moalemi failed to respond to the Second Set of Requests for Admission, and therefore this Request is deemed admitted.  Even if the untimely Response of the Moalemi Defendants' Responses, dated Dec. 29, 2017, were considered, that Request is admitted by Defendants in their untimely response. (*Id.*)

Moalemi Dep. 76:20–77:5, Nov. 28, 2016; Ex. T, Moalemi 122:20 – 123:3, Nov. 16, 2017.)

22.     For example, the following automotive wheels have been sold by the seller "usarim" via the eBay website:

| Manufacturer Part No. | Quantity | Transacted Completion date |
|---|---|---|
| MBZ-610-20-CHR | 5 | Dec. 13, 2016 |
| MBZ-610-18-CHR | 2 | Oct. 23, 2016 |
| MBZ-610-18-CHR | 2 | Apr. 26, 2017 |
| MBZ-610-20-GMT-TIRES | 4 | Feb. 21, 2017 |
| MBZ-610-19-MB | 4 | May 17, 2017 |
| MBZ-610-19-GMT | 2 | Sep. 21, 2016 |

23.     (*See* Ex. T, Moalemi Dep. 119:13 - 124:21, 144:12–145:8, Exs. 35-37, 42, Nov. 16, 2017.)

24.     Pictures of automotive wheels sold by the seller "usarim" through the eBay website are shown on the corresponding auction webpages. (*See* Ex. U, printouts from eBay website ("Usarim eBay Pages").)

25.     In one of those eBay auctions, a wheel with the item number 381745469700 was offered by usarim on with the part number MBZ-610-19-MB. (Usarim eBay Pages, pp. 18-25.)

26.     The seller "usarim" transacted sales via the eBay website under auction listings that include the mark "Mercedes Benz." (*See* Ex. T, Moalemi Dep. 144:12–145:8, Ex. 42, Nov. 16, 2017.)

27.    Over 1,000 eBay auctions using the MERCEDES-BENZ mark in the auction title occurred under the seller login ID "usarim" between 2010 and 2017. (*See* Ex. T, Moalemi Dep. Ex. 42, Nov, 16, 2017.)   The total revenue to the "usarim" seller from these auctions was $255,321.  (*See id.*)

28.    In one of the eBay auctions, a wheel with the item number 350425165497 was sold by usarim on January 5, 2011 using the auction title "19 **Mercedes Benz** C CL CLK E ML S SL R AMG wheels rims".  (Ex. T, Moalemi Dep. Ex. 42, Nov. 16, 2017 (emphasis added).)

29.    In one of the eBay auctions, a wheel with the item number 221087174287 was sold by usarim on August 3, 2012using the auction title "17 inch amg **Mercedes Benz** wheels rims c clk e ml s sl slk.".  (*Id.* (emphasis added).)

30.    In one of the eBay auctions, a wheel with the item number 380949632553 was sold by usarim on July 13, 2014 using the auction title "20 inch Chrome **Mercedes Benz** wheels rims."  (*Id.* (emphasis added).)

31.    In one of the eBay auctions, two wheels with the item number 351817595014 were sold by usarim on February 15, 2017 using the auction title "18 x 8 inch Silver **Mercedes Benz** Wheels Hollander 85248."  (*Id.* (emphasis added).)

**Amazon Sales**

32.    Russ Moalemi conducts business as UsaRim through Amazon.com ("Amazon website").  (*See* Ex. T, Moalemi Dep. 25:4-19, Nov. 16, 2017.)  Russ

-11-

Moalemi's business through the Amazon website accounts for ten percent of his business.  (*See* Ex. Q, Moalemi Dep. 27:6-8, Nov. 28, 2016.)

33.     The following automotive wheels have been sold by UsaRim though the Amazon website:

| Manufacturer Part No. | Amazon Standard Identification No. (ASIN) |
|---|---|
| MBZ-570-19-SLV | B0033Z4CTY |
| MBZ-610-19-CHR | B00362S4OI |
| MBZ-610-20-GMT-TIRES | B007VH364M |
| MBZ-610-18-GMT | B007W615CM |
| MBZ-610-20-GMT | B007W617P2 |
| MBZ-610-20-MB | B00N4820R6 |
| MBZ-610-19-GMT | B01GWAZ466 |
| MBZ-610-20-CHR | B00362OU4Q |
| MBZ-660-19-GMT-TIRES | B007VH376O |
| MBZ-570-18-SLV | B00MH8L14C |
| MBZ-521-19-GMT | B00OAVYMUE |
| MBZ-525-22-BLK | B010VWCUT0 |

34.     Pictures of the above-listed automotive wheels sold by UsaRim are provided on the webpages of the corresponding Amazon storefront.  (*See* Ex. V, printouts from Amazon website ("UsaRim Amazon Pages").)

35.     UsaRim transacted sales on the Amazon website that used the words "Mercedes Benz." (*See* Ex. T, Moalemi Dep. Ex. 4, Nov. 16, 2017; *see* UsaRim Amazon Pages, pp. 1–46.)

36.     UsaRim has offered wheels for sale through the Amazon website using the words "Mercedes Benz" in the title since at least 2010.  (*See* Ex. T, Moalemi Dep. Ex. 4, Nov. 16, 2017; *see also* UsaRim Amazon Pages, pp. 1–42.)

37.     In one of the offers for sale on the Amazon website, UsaRim offered wheels with the part nymber MBZ-610-20-CHR under the Amazon Standard Identification Number ("ASIN") B00362OU4Q, using the title "20 Chrome Mercedes Benz E63 Wheels" since January 26, 2010.  (Ex. T, Moalemi Dep. Ex. 4, Nov. 16, 2017 (emphasis added).)

**MBUSA**

38.     The website www.mbusa.com ("MBUSA website") is operated by Daimler's wholly-owned United States subsidiary Mercedes-Benz USA (MBUSA).  (*See* Ex. W, Headrick Decl. ¶ 2.)

39.     Through the MBUSA website, shopping tools and links are provided for customers to find service and parts, including wheel packages and authorized parts dealer.  (*See, e.g.,* Ex. X, MBUSA website printout, https://www.mbusa.com/mercedes/accessory/title-19_inch_5_twin_spoke_cold_weather_wheel_and_tire_package/model-GLA250W/class-GLA/id-OEMPartNo:BQ8409059  (Dec.  29, 2017) ("MBUSA Accessories Page").)

**USARIM Website**

40.     The USARIM website states: "Some of our wholesale partners include . . . Mercedes Benz and Audi factory dealers," and "We manufacture our wheels in

-13-

several OEM approved factories throughout Asia."  (Ex. Q, Moalemi Dep. Ex. 14, Nov. 28, 2016.)

41.    Russ Moalemi is aware that Defendants are not wholesale partners of Daimler or its wholly-owned subsidiaries, and not original equipment manufacturers of Daimler Wheels.  (*See id.* 78:17– 80:20; *see* Ex. Y, Widmayer Decl. ¶ 9.)

## Defendants' Part Numbers

42.    The MBZ-610 series part numbers are used to identify various wheels sold by the Defendants that have the same appearance.  (*See* Ex. T, Moalemi Dep. 38:3-7, 40:12 – 42:15, 49:15-21, 73:20 – 74:8, Ex. 4, Nov. 16, 2017; FAC Exs. 29f-i; UsaRim Amazon Pages, pp. 1–4, 5–9, 10-14, 15–19, 43-46, 47-51; Usarim eBay Pages, pp. 1-8, 9-17, 18-25, 26-33.)

**EXHIBIT LIST**
**PLAINTIFF'S STATEMENT OF MATERIAL FACTS**

| Exhibit No. | Description | Pages |
|---|---|---|
| A | Wright D564 Prior Art | 1 – 3 |
| B | Weld D547 Prior Art | 4 – 6 |
| C | Hussaini D618 Prior Art | 7 – 10 |
| D | Yoshida D846 Prior Art | 11 – 17 |
| E | Kohl D876 Prior Art | 18 – 29 |
| F | Heike D689 Prior Art | 30 – 33 |
| G | Maifrini D853 Prior Art | 34 – 36 |
| H | Maifrini D663 Prior Art | 37 – 42 |
| I | Pollmann D770 Prior Art | 43 – 45 |
| J | Gallert D098 Prior Art | 46 – 48 |
| K | Echazabal D003 Prior Art | 49 – 52 |
| L | Elmitt D491 Prior Art | 53 – 55 |
| M | Elmitt D949 Prior Art | 56 – 58 |
| N | Moalemi Defendants' Responses to Plaintiff's First Set of Interrogatories dated July 24, 2017 | 59 – 73 |
| O | Moalemi Defendants' Responses to Plaintiff's First Requests for Production of Documents dated July 24, 2017 | 74 – 88 |

Notice of Motion and Motion for Relief from
Requirement of Appearance of Party at ENE
Case No. 3:16-cv-00875-JLS-MDD

| Exhibit No. | Description | Pages |
|---|---|---|
| P | Order No. 24 – In Re: *Certain Passenger Vehicle Automotive Wheels*, Inv. No. 336-TA-1006 | 88 – 91 |
| Q | Transcript of Deposition of R. Moalemi dated November 28, 2016 with Exhibits | 92 – 130 |
| R | Defendants' Responses to Plaintiff's Second Set of Requests for Admission dated December 29, 2017) | 131 – 135 |
| S | Fictitious Business Name Details | 136 – 137 |
| T | Transcript of Deposition of R. Moalemi dated November 16, 2017 with Exhibits | 138 – 204 |
| U | Usarim eBay Pages | 205 – 238 |
| V | Usarim Amazon Pages | 239 – 290 |
| W | Declaration of Dana Headrick dated December 16, 2016 | 291 – 293 |
| X | MBUSA Website printout | 294 – 296 |
| Y | Declaration of Sven-Eric Widmayer dated April 28, 2016 | 297 – 313 |

Notice of Motion and Motion for Relief from
Requirement of Appearance of Party at ENE
Case No. 3:16-cv-00875-JLS-MDD