UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER AG, a German corporation,<br><br>                        Plaintiff,<br><br>v.<br><br>A-Z WHEELS, LLC d/b/a USARim.com, et al.,<br><br>                        Defendants. | Case No.: 16cv0875-JLS-MDD<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE REGARDING SALLY PEDERSEN**<br><br>**[ECF NO. 78]** |

Before the Court is Plaintiff's motion, filed on April 3, 2018, for an order to show cause regarding non-party Sally Pedersen's failure to appear for deposition. (ECF No. 78)

<u>Discussion</u>

Rule 45, Fed. R. Civ. P., governs subpoenas in civil cases. Ms. Pedersen, a non-party, was served by Plaintiff with a subpoena issued by this Court on March 14, 2018, to appear and be deposed on March 22, 2018. (ECF No. 78-3 at 2-3).[1] She was served at her residence in Laguna Niguel, CA, and

---

[1] The Court will refer to page numbers supplied by CM/ECF rather than original

1

commanded to appear in Irvine, CA. (*Id.*). It appears that the subpoena was valid, required appearance within 100 miles of her residence and that the mandatory witness fees were tendered. (*Id.*). Ms. Pedersen failed to appear. Plaintiff has moved for an order to show cause why Ms. Pedersen should not be held in contempt for failing to appear.

Unfortunately, despite the fact that the case is pending in this Court and the subpoena duly issued here, the place of compliance, Irvine, is in the Central District of California. Plaintiff is required to bring this motion in the district where compliance was required. *See* Rule 45(g), Fed. R. Civ. P. That Court may transfer the motion to this Court with the consent of Ms. Pedersen or upon a finding of exceptional circumstances. Rule 45(f), Fed. R. Civ. P.

## Conclusion

Plaintiff's Motion for an Order to Show Cause is **DENIED WITHOUT PREJUDICE.** Plaintiff may file this motion in the United States District Court for the Central District of California.

**IT IS SO ORDERED.**

Dated: April 9, 2018

*/s/ Mitchell D. Dembin*
Hon. Mitchell D. Dembin
United States Magistrate Judge

---

pagination throughout.