# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER AG, a German corporation,<br><br>                     Plaintiff,<br><br>v.<br><br>A-Z WHEELS, LLC d/b/a USARim.com, et al.,<br><br>                    Defendants. | Case No.: 16cv0875-JLS-MDD<br><br>**SECOND AMENDED SCHEDULING ORDER REGULATING PRE-TRIAL PROCEEDINGS**<br><br>[ECF No. 131] |

The parties filed a joint motion to continue all remaining dates in the Court's Scheduling Order Regulating Pre-Trial Proceedings. (ECF No. 131). Upon due consideration and good cause appearing, the Court **GRANTS IN PART** the joint motion. **IT IS HEREBY ORDERED**:

    1.    Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) by **September 9, 2021**.

    2.    Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **September 9, 2021**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions

under Fed. R. Civ. P. 37.

3. Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **September 16, 2021**. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

4. Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f). By **September 23, 2021**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

5. The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **September 30, 2021**, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

6. The final Pretrial Conference is scheduled on the calendar of the **Honorable Janis L. Sammartino** on **October 7, 2021** at **1:30PM**.

7. The parties must review the chambers' rules for the assigned district judge and magistrate judge.

8. A post trial settlement conference before a magistrate judge may

be held within 30 days of verdict in the case.

9. The dates and times set forth herein will not be modified except for good cause shown.

10. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

11. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: June 17, 2021

Hon. Mitchell D. Dembin
United States Magistrate Judge