UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER AG,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>A-Z WHEELS LLC, et al.<br><br>　　　　　　　　　　Defendants. | Case No.: 16-cv-00875-JLS-MDD<br><br>**ORDER FOLLOWING PRETRIAL CONFERENCE AND REQUIRING JOINT STATUS REPORT** |

On October 7, 2021, the Court conducted a Pretrial Conference. (ECF No. 147.) As discussed during the Conference, and no later than **October 14, 2021**, the parties shall file a Joint Status Report that addresses each side's position on the estimated duration of and type(s) of evidence to be presented at the Motion Hearing on Plaintiff's Motion for Contempt (ECF No. 146).

**IT IS SO ORDERED.**

Dated: October 8, 2021

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge