UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER AG, a German corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>A-Z WHEELS LLC d/b/a USARim.COM, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 16-CV-875-JLS (MDD)<br><br>**ORDER VACATING STATUS CONFERENCE AND REQUESTING JOINT STATUS REPORT**<br><br>(ECF No. 158) |

In its January 31, 2022 Order Granting Motion for Contempt (the "Order," ECF No. 158), the Court set a telephonic Status Conference for 3:30 p.m. on April 1, 2022, regarding Defendants' compliance with the Order. *See id.* at 11. The Court hereby **VACATES** the Status Conference. In lieu of the telephonic Status Conference, on or before April 4, 2022, the Parties **SHALL FILE** a joint brief, not to exceed <u>ten (10) pages</u> in length, regarding Defendants' compliance with the Order. Thereafter, as necessary, the Court shall set a briefing schedule regarding the determination of contempt sanctions.

　　　　**IT IS SO ORDERED.**

Dated: March 28, 2022

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge