UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER AG, a German corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>A-Z WHEELS LLC d/b/a USARim.COM, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 16-CV-875-JLS (MDD)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR DETERMINATION OF CONTEMPT SANCTIONS**<br><br>(ECF Nos. 158, 160) |

　　　Presently before the Court is the Parties' Joint Status Report Regarding Compliance with Court Order Dated January 31, 2022 ("Status Report," ECF No. 160).  Having reviewed the Parties' Status Report, the Court **SETS** a hearing at 1:30 p.m. on June 30, 2022, for a determination of appropriate contempt sanctions.  Plaintiff Daimler AG **SHALL FILE** its opening brief on or before April 28, 2022.  Defendants **SHALL FILE** their responsive brief on or before May 19, 2022.  Plaintiff **MAY FILE** its reply brief, if any, on or before May 26, 2022.

　　　**IT IS SO ORDERED.**

Dated: April 8, 2022

　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge