UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES-BENZ GROUP AG, a German corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>A-Z WHEELS LLC d/b/a USARim.COM, et al.,<br><br>                                    Defendants. | Case No.: 16-CV-875-JLS (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE CASE CAPTION**<br><br>(ECF No. 162) |

Presently before the Court is Plaintiff's Unopposed Motion to Amend the Case Caption ("Mot.," ECF No. 162). The Motion indicates that, effective February 1, 2022, Plaintiff was renamed Mercedes-Benz Group AG. *See id.* at 2; *see also id.* Ex. 1. Plaintiff seeks to amend the caption of this action accordingly. *See id.* at 2. Defendants consent to the Motion. *See id.*

Good cause appearing, the Court **GRANTS** Plaintiff's Motion. The Clerk of the Court and the Parties to this action **SHALL REPLACE** "Daimler AG" with "Mercedes-

/ / /

/ / /

/ / /

/ / /

1

1  Benz Group AG" in the caption of this action, with all other information associated with
2  Plaintiff to remain the same.
3  **IT IS SO ORDERED.**
4  Dated:  April 28, 2022

Hon. Janis L. Sammartino
United States District Judge