UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERECES-BENZ GROUP AG, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>A-Z WHEELS LLC d/b/a USARim.COM; EUROTECH WHEELS, a California company; GALAXY WHEELS & TIRES, LLC, a California company; INFOBAHN INTERNATIONAL, INC. d/b/a INFOBAHN; EUROTECH; EUROTECH LUXURY WHEELS; EUROTECH WHEELS; USARim; RYAN MOALEMI, an individual; RASOOL MOALEMI a/k/a RUSS MOALEMI, an individual; JOSHUA MOALEMI, an individual; and Does 1-10 inclusive,<br><br>Defendants. | Case No.: 16-CV-875 JLS (MDD)<br><br>**ORDER (1) VACATING OCTOBER 27, 2022 STATUS CONFERENCE; (2) REQUESTING JOINT STATUS BRIEF AND LIST OF PROPOSED PRETRIAL DATES; AND (3) SETTING HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS IN LIMINE** |

On its own motion to accommodate its schedule, the Court **VACATES** the status hearing presently set for 1:30 p.m. on Thursday, October 27, 2022, in the above-named matter. In lieu of the status hearing, the Parties **SHALL CONFER** and **SHALL FILE**, on or before October 28, 2022: (i) a joint status brief, *not to exceed ten (10) pages*, apprising

the Court of the remaining issues in this matter and how the Parties propose to proceed with this case; and (ii) a joint proposed schedule of pretrial dates and deadlines. Further, the Court **SETS** a hearing for motions in limine for 1:30 p.m. on December 1, 2022, in Courtroom 4D of the Edward J. Schwartz Courthouse. The Parties **SHALL FILE** their motions in limine on or before November 3, 2022, and **SHALL FILE** their oppositions thereto on or before November 17, 2022.

**IT IS SO ORDERED.**

Dated: October 20, 2022

Hon. Janis L. Sammartino
United States District Judge