1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERECES-BENZ GROUP AG,<br>a German corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>A-Z WHEELS LLC d/b/a USARim.COM;<br>EUROTECH WHEELS, a California<br>company; GALAXY WHEELS & TIRES,<br>LLC, a California company; INFOBAHN<br>INTERNATIONAL, INC. d/b/a<br>INFOBAHN; EUROTECH; EUROTECH<br>LUXURY WHEELS; EUROTECH<br>WHEELS; USARim; RYAN MOALEMI,<br>an individual; RASOOL MOALEMI a/k/a<br>RUSS MOALEMI, an individual;<br>JOSHUA MOALEMI, an individual;<br>and Does 1-10 inclusive,<br><br>                              Defendants. | Case No.:  16-CV-875 JLS (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S<br>UNOPPOSED MOTION<br>REQUESTING VIRTUAL<br>ATTENDANCE AT PRETRIAL<br>CONFERENCE**<br><br>(ECF No. 175) |

Presently before the Court is Plaintiff Mercedes-Benz Group AG's ("Plaintiff") Unopposed Motion Requesting Virtual Attendance at Pretrial Conference ("Mot.," ECF No. 175).  Good cause appearing, the Court **GRANTS** Plaintiff's Motion.  Plaintiff's counsel **MAY APPEAR** by telephone for the January 5, 2023 Final Pretrial Conference

1

and **SHALL CONTACT** the Courtroom Deputy by e-mail at Adrianna_Garcia@casd.uscourts.gov for teleconferencing access information.

**IT IS SO ORDERED.**

Dated:  November 28, 2022

Hon. Janis L. Sammartino
United States District Judge

16-CV-875 JLS (MDD)